1  Soheyl Tahsildoost (Bar No. 271294)
   Mehgan Gallagher (Bar No. 338699)
2  THETA LAW FIRM, LLP
   12100 Wilshire Blvd., Ste. 1070
3  Los Angeles, CA 90025
   Telephone: (424) 297-3103
4  Facsimile: (424) 286-2244
   eservice@thetafirm.com
5
   Attorneys for Defendant Porsche Cars North America, Inc.
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10  CHRISTOPHER HOLLIDAY,              )  Case No.: 3:24-cv-00804-JD
                                       )
11                                     )
              Plaintiff,               )  [PROPOSED] ORDER RE: JOINT
12                                     )  STIPULATION FOR LEAVE TO AMEND
                                       )  AND TO REMAND
13       vs.                           )
                                       )
14  PORSCHE CARS NORTH AMERICA,        )
    INC.; and DOES 1 through 30, inclusive, )  Judge: Hon. James Donato
15                                     )
              Defendants.              )
16                                     )
                                       )
17

18       Per the stipulation of Plaintiff Christopher Holliday ("Plaintiff") and Defendant Porsche

19  Cars North America, Inc. ("PCNA") (collectively, the "Parties"), Plaintiff shall have leave of Court

20  to file his First Amended Complaint, a true and correct copy is attached hereto as **Exhibit A**.  The

    First Amended Complaint shall be deemed filed as of the date this Order is granted. It is further
21
    ordered that the case is ordered remanded to the Superior Court of the State of California for the
22
    County of Alameda.
23

24  IT IS SO ORDERED.

25  _____

26  United States
    Northern District of California
27

28

                                           1
─────────────────────────────────────────────────────────